FILED'08 JUL 31 11:28USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOYCE L. LOONEY,                                              CV 07-6143-MA

       Plaintiff,                                          JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.

Based on the record and the Opinion and Order filed herewith, the final decision of the Commissioner is AFFIRMED. This action is DISMISSED.

    IT IS SO ORDERED.

    DATED this 31 day of July, 2008.

                        /s/ Malcolm F. Marsh
                        MALCOLM F. MARSH
                        United States District Judge

1 - JUDGMENT